Laurel Headley (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, Ca 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
AHMED BASHEER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 04 0293 MHP |
| Plaintiff, | [PROPOSED] ORDER RELEASING DEFENDANT AHMED BASHEER'S PASSPORT AND GREEN CARD |
| vs. | |
| AHMED BASHEER, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, in that it is the stipulation of the parties,

IT IS HEREBY ORDERED that the Clerk of the U.S. District Court for the Northern District of California release Defendant AHMED BASHEER's passport and green card for the purpose of allowing him to travel to Singapore between the dates of August 1 through 29, 2008.

IT IS FURTHER ORDERED that Defendant BASHEER return these travel documents to the Clerk of the Court within three (3) business days of his return from the above-referenced travel.

DATED: June 20, 2008

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE/JUDGE

ORDER RELEASING DEFENDANT AHMED BASHEER'S PASSPORT AND GREEN CARD