UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

AHMED BASHEER, et al.,

        Defendant.

                                      /

**Case No. CR04-0293 MHP**

**ORDER TO SHOW CAUSE**

Pursuant to an Order dated June 20, 2008, Defendant Ahmed Basheer was ordered to return his passport and green card to this Court within three (3) business days of his return from Singapore. As of today, such travel documents have not been returned.

IT IS, THEREFORE, ORDERED:

Defendant and his counsel shall appear on **March 12, 2009 at 9:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102, to show cause why such travel documents should not be returned to court.

IT IS SO ORDERED.

Dated: March 6, 2009                            _____
                                                           EDWARD M. CHEN
                                                           United States Magistrate Judge