IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 004-0293-09 MHP |
| Plaintiff, | **ORDER** |
| v. | |
| AHMED BASHEER, | |
| Defendant. | |

Pursuant to General Order No. 44, Section E.5., the above named criminal defendant is hereby reassigned to the Executive Committee.

**IT IS SO ORDERED.**

Dated: May 10, 2011

MARILYN HALL PATEL,
UNITED STATES DISTRICT JUDGE